**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roda Joann Rivera,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QuikTrip Corporation, et al.,<br><br>　　　　　Defendants. | No. CV-25-04564-PHX-KML<br><br>**ORDER** |

A defendant wishing to remove a case from state court must file a notice of removal "'within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the [complaint].'" *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999) (quoting 28 U.S.C. § 1446(b)). Defendant QuikTrip Corporation admits it was served on November 5, 2025. (Doc. 1 at 2.) That date of service required the notice of removal be filed no later than December 5, 2025. QuikTrip did not file its notice of removal until December 8, 2025. (Doc. 1.) Therefore, it appears the notice of removal was not timely. If that is accurate, and if plaintiff were to file a motion to remand, the court would have no choice but to remand. *See Friedenberg v. Lane Cnty.*, 68 F.4th 1113, 1121 (9th Cir. 2023) ("a timely objection to a late petition will defeat removal") (simplified).

/
/
/
/

Accordingly,

**IT IS ORDERED** if plaintiff wishes to seek remand, she must do so within 30 days of the filing of the notice of removal.

Dated this 10th day of December, 2025.

Honorable Krissa M. Lanham
United States District Judge